UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NORTHEAST PELLETS, LLC ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 2:11-cv-_____ |
| v. ) | |
| ) | |
| PENNSYLVANIA LUMBERMENS ) | |
| MUTUAL INSURANCE COMPANY, ) | |
| ) | |
| Defendant ) | |

## NOTICE OF REMOVAL

The undersigned Defendant, Pennsylvania Lumbermens Mutual Insurance Company, by and through its attorneys, Norman, Hanson & DeTroy, LLC, files this Notice of Removal of the action captioned *Northeast Pellets, LLC v. Pennsylvania Lumbermens Mutual Insurance Company*, Docket No. CARSC-CV-2011-25 ("this action"), from the Aroostook County Superior Court to the United States District Court for the District of Maine in Bangor. The basis for removal, pursuant to 28 U.S.C. § 1441 and Fed. R. Civ. P. 81(c), is as follows:

1.   Plaintiff Northeast Pellets, LLC is a Maine limited liability company with a principal place of business in Ashland, County of Aroostook, State of Maine.

2.   Defendant Pennsylvania Lumbermens Mutual Insurance Company is an insurance company with a principal place of business in Philadelphia, Pennsylvania.

3. On or about March 24, 2011, Plaintiff filed the action in the Aroostook County Superior Court in Maine.

4. On or about June 17, 2011, Plaintiff affected service on Pennsylvania Lumbermens Mutual Insurance Company by delivering a copy of the Summons and Complaint to Defendant's registered agent for service, CT Corporation System, 1 Portland Square, Portland, Maine. Thus, this Notice of Removal is timely filed, as it has been filed less than thirty (30) days after service of process per 28 U.S.C. § 1441(e)(1).

5. Defendant obtained from Plaintiff's counsel a seven day extension of time within which to file its Answer.

6. ". . . [A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court of the United States for the district or division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

7. The Complaint asserts a controversy between citizens of different states where the matter in controversy exceeds $75,000. Therefore, federal jurisdiction is appropriate under 28 U.S.C. § 1332.

8. As the state court action was brought in Aroostook County, this matter is removed to the United States District Court in Bangor, Maine pursuant to Local Rule 3(b).

9.      Pursuant to the requirements of 28 U.S.C. § 1446(d), Defendant this day is filing a copy of the Notice of Removal with the Aroostook County Superior Court and sending a copy of the Notice to Plaintiff.

10.     Defendant has enclosed for filing a certified copy of the Docket Record Sheet and accurate copies of the pleadings from the Aroostook County Superior Court.

WHEREFORE, the undersigned Defendant hereby removes to this Court the action captioned *Northeast Pellets, LLC v. Pennsylvania Lumbermens Mutual Insurance Company*, Docket No. CARSC-CV-2011-25 from the Aroostook County Superior Court.

Dated at Portland, Maine this 13th day of July, 2011.

/s/ Lance E. Walker
Lance E. Walker, Esq.
Attorney for Defendant

NORMAN, HANSON & DETROY, LLC
415 Congress Street
P.O. Box 4600
Portland, ME  04112-4600
(207) 774-7000
lwalker@nhdlaw.com

3

CERTIFICATE OF SERVICE

    I hereby certify that on this date, I filed the foregoing "Notice of Removal" with the Clerk of the Court by CM/ECF system, and I further certify that I sent a copy of the foregoing "Notice of Removal" by U.S. first class mail, postage prepaid to the nonregistered participants as follows:

Vickie Harris, Clerk
Aroostook County Superior Court
144 Sweden Street
Caribou, ME  04735

Dan P. Umphrey, Esq.
Richard D. Solman, Esq.
Solman & Hunter, P.A.
P.O. Box 665
Caribou, ME  04736

Dated at Portland, Maine this 13th day of July, 2011.

                                              /s/ Lance E. Walker
                                              Lance E. Walker, Esq.
                                              Attorney for Defendant

NORMAN, HANSON & DETROY, LLC
415 Congress Street
P.O. Box 4600
Portland, ME  04112-4600
(207) 774-7000
lwalker@nhdlaw.com