UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NORTHEAST PELLETS, LLC, )<br>)<br>PLAINTIFF )<br>)<br>vs. )<br>)<br>PENNSYLVANIA LUMBERMENS )<br>MUTUAL INSURANCE COMPANY, )<br>)<br>)<br>DEFENDANT ) | Civil Action No. 1:11-cv-00274-GZS |

## STIPULATION OF DISMISSAL

The parties hereby stipulate and agree that the action referenced herein is dismissed without prejudice and without costs to the parties.

Dated: September 12, 2011

*/s/ Dan P. Umphrey*
DAN P. UMPHREY, ESQ.
Solman & Hunter, P.A.
P.O. Box 665
Caribou, ME 04736
Attorney for Defendant
Maine Bar # 4502
(207) 496-3031

Dated: September 12, 2011

*/s/ Lance E. Walker*
LANCE E. WALKER, ESQ.
Norman, Hanson & DeTroy, LLC
415 Congress St.
P.O. Box 4600
Portland, ME 04112
Attorney for Defendant